To: U.S. District Court
Western District of Wisconsin
Office of the Clerk
120 N. Henry Street Room 320
Madison, Wisconsin 53703

FILED/REC'D
2026 APR 27 A 10: 35
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

From: Shayde Charles Mitchell #472150
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, Wisconsin 54903

04-21-2026

Re: Unknown Case Number

Dear Clerk;

In 2022 I filed a civil complaint with this District. The case was administratively closed so I could raise it at a later date.

Please send me the case number.

Thank you and have a great day.

Respectfully Submitted,

Shayde Charles Mitchell

Shayde Charles Mitchell #472150
Oshkosh Correctional Facility
1730 West Snell Road
Oshkosh, Wisconsin 54901
Mailing Address: Post Office Box 3310

(please include inmate number with <u>all</u> correspondence)